1

2

3                                                                                    JS-6

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11   ANDRES GOMEZ, on behalf of himself    Case No. 2:15-cv-08123-GHK-PJW
     and all others similarly situated,

12                                          ASSIGNED FOR ALL PURPOSES TO:
                  Plaintiff,                HON. PATRICK J. WALSH

13
          vs.                               [PROPOSED] ORDER OF
14                                          DISMISSAL
     SANTA ANITA CORPORATE
15   FITNESS, INC., WEST COVINA             Date Action Filed:   October 15, 2015
     CORPRATE FITNESS, INC.,                Trial Date:         None Selected
16
                  Defendants.
17

18

19

20

21

22

23          Pursuant to the parties' Stipulation Of Dismissal, it is hereby ORDERED,

24   ADJUDGED, AND DECREED as follows:

25          1.     **Dismissal Of Action.**  The action is dismissed with prejudice as to

26   plaintiff Andres Gomez, without costs or fees to either party.  The action is dismissed

27   without prejudice, and without costs or fees, as to any other person who could have

28   been a member of the class alleged in the Complaint.

2.    **No Admissions.**  This Dismissal may not be construed or used as an admission or concession by or against Defendant of the validity of any claim or any actual or potential fault, wrongdoing, or liability.

**IT IS SO ORDERED.**

Dated:   June 10, 2016

_____
Honorable Patrick J. Walsh
Judge, United States District Court